UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIONNA CHRISTIAN,

        Plaintiff,

v.

MIDWEST RECOVERY FUND, LLC,
et al.,

        Defendants.
_____/

Case No. 1:16-cv-00499-GJQ-PJG

Hon. Gordon J. Quist

## NOTICE OF SETTLEMENT

The parties have agreed to settle this lawsuit as to all parties and intend to file appropriate dismissal documents no later than December 23, 2016.

Dated: November 17, 2016

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street, S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com